DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALDERMAN v. CHATHAM COUNTY

No. 239P88.

Case below: 89 N.C. App. 610.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## BEIGHTOL v. BEIGHTOL

No. 262P88.

Case below: 90 N.C. App. 58.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## BRACE v. STROTHER

No. 317P88.

Case below: 90 N.C. App. 357.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## BRIDGES v. LINN-CORRIHER CORP.

No. 251P88.

Case below: 90 N.C. App. 397.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## CITY OF FAYETTEVILLE v. E & J INVESTMENTS, INC.

No. 271P88.

Case below: 90 N.C. App. 268.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.